IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SHALOTTA HOLMES, )
)
    Plaintiff, )
)
v. ) CASE NO. CV412-316
)
WAL-MART STORES EAST, LP, )
)
    Defendant. )
)

## O R D E R

Before the Court is the parties' Consent Motion to Remand. (Doc. 37.) In the motion, the parties agree that the amount in controversy does not meet $75,000.00 as required by 28 U.S.C. § 1332(a) for the Court to retain jurisdiction over this matter. (Id. at 1.) Accordingly, the parties' motion is hereby **GRANTED** and this case is **REMANDED** to the **State Court of Chatham County, Georgia**. Each party will be responsible for their own attorney's fees and costs. Because this case is remanded, all pending motions are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 13th day of April 2015.

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
_____ M
4\13, 20 15
Deputy Clerk

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA