# United States District Court
## Southern District of Georgia

Shalotta Holmes

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV412-316

Wal-Mart Stores East LP (Delaware) et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated April 13, 2015, this case is remanded to the State Court of Chatham County, Georgia. This action stands closed.

| April 13, 2015 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |